IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLINK PROTEOMICS AB and OLINK PROTEOMICS INC., ) ) ) Plaintiffs, ) ) ) v. ) ) ALAMAR BIOSCIENCES, INC., ) ) Defendant. ) ) | C.A. No. 23-1303 (MN) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 11th day of February 2025:

WHEREAS, on January 23, 2025, Magistrate Judge Burke issued a Report and Recommendation ("the Report") (D.I. 20) in this action, recommending that the Court grant-in-part and deny-in-part Defendant Alamar Biosciences, Inc.'s Motion to Dismiss Olink's Complaint for Failure to State a Claim (D.I. 8); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED.

Defendant Alamar Biosciences, Inc.'s Motion to Dismiss Olink's Complaint for Failure to State a Claim (D.I. 8) is GRANTED-IN-PART and DENIED-IN-PART.

Plaintiffs Olink Proteomics AB and Olink Proteomics Inc. are given leave to file an amended complaint within thirty (30) days of the date of this Order.

/s/ Maryellen Noreika
The Honorable Maryellen Noreika
United States District Judge