# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLINK PROTEOMICS AB AND OLINK PROTEOMICS INC., *Plaintiffs,* v. ALAMAR BIOSCIENCES, INC., *Defendant.* | C.A. No. 23-01303 (MN) |

## STIPULATION AND [PROPOSED] ORDER TO STAY ACTION

WHEREAS, on November 15, 2023, Plaintiffs Olink Proteomics AB and Olink Proteomics Inc. (collectively, "Olink" or "Plaintiffs") filed this action asserting infringement of U.S. Patent No. 7,883,848 ("the '848 Patent") (D.I. 1);

WHEREAS, on April 1, 2024, Defendant Alamar Biosciences, Inc. ("Alamar") moved to dismiss Olink's complaint (D.I. 8);

WHEREAS, on January 23, 2025, Magistrate Judge Burke issued a Report and Recommendation ("the Report") recommending that the Court grant-in-part and deny-in-part Alamar's motion to dismiss (D.I. 20);

WHEREAS, on February 11, 2025, the Court adopted the Report and granted Olink leave to file an amended complaint within thirty days (D.I. 23);

WHEREAS, on February 18, 2025, the parties stipulated to extend the time for Olink to file an amended complaint to April 10, 2025 (D.I. 24), which the Court granted on February 19, 2025;

WHEREAS, on April 9, 2025, the parties stipulated to extend the time for Olink to file an amended complaint to April 24, 2025 (D.I. 29), which the Court granted on April 10, 2025;

WHEREAS, Alamar filed a petition for *inter partes review* ("IPR") on the '848 Patent, which the Patent Trial and Appeal Board ("PTAB") instituted on March 7, 2025 (IPR2024-01353); and

WHEREAS, the parties conferred and agree that a stay of the above-captioned case at least until a resolution of the above-referenced IPR challenge against the '848 patent is in the best interests of the parties and promotes judicial economy.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that:

1. This case is stayed pending the issuance of the final written decision from the PTAB in IPR2024-01353;

2. All existing case deadlines are hereby vacated; and

3. The parties shall submit a joint status report with the Court advising of the status of the case within thirty days after the issuance of the final written decision from the PTAB in IPR2024-01353.

| | |
|---|---|
| */s/ Kelly E. Farnan* | */s/ Andrew C. Mayo* |
| Kelly E. Farnan (#4395) | John G. Day (#2403) |
| RICHARDS, LAYTON & FINGER, P.A. | Andrew C. Mayo (#5207) |
| One Rodney Square | ASHBY & GEDDES |
| 920 North King Street | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| (302) 651-7700 | Wilmington, DE 19899-0030 |
| farnan@rlf.com | Tel: (302) 654-1888 |
| | jday@ashbygeddes.com |
| | amayo@ashbygeddes.com |

| | |
|---|---|
| Paul A. Ainsworth (*pro hac vice*) <br> William H. Milliken (*pro hac vice*) <br> Joseph H. Kim (*pro hac vice*) <br> STERNE, KESSLER, GOLDSTEIN <br>    & FOX P.L.L.C. <br> 1101 K Street, NW, 10th Floor <br> Washington, DC 20005 <br> (202) 371-2600 <br> painsworth@sternekessler.com <br> wmilliken@sternekessler.com <br> josephk@sternekessler.com <br><br> *Attorneys for Plaintiffs* <br> *Olink Proteomics AB and* <br> *Olink Proteomics Inc.* | *Of Counsel*: <br><br> S. Christian Platt (*pro hac vice*) <br> JONES DAY <br> 4655 Executive Drive, Suite 1500 <br> San Diego, CA 92121-3134 <br> (858) 314-1156 <br> cplatt@jonesday.com <br><br> Jennifer D. Bennett (*pro hac vice*) <br> JONES DAY <br> 555 California Street, 26th Floor <br> San Francisco, CA 94104-1503 <br> (415) 626-5795 <br> jenniferbennett@jonesday.com <br><br> Laura M. Kanouse (*pro hac vice*) <br> JONES DAY <br> 1221 Peachtree Street NE, Suite 400 <br> Atlanta, GA 30361-3588 <br> (404) 521-8352 <br> lkanouse@jonesday.com <br><br> Jesse T. Wynn (*pro hac vice*) <br> JONES DAY <br> 901 Lakeside Avenue E. <br> Cleveland, OH 44114-1190 <br> (216) 586-7072 <br> jwynn@jonesday.com <br><br> *Attorneys for Defendant* <br> *Alamar Biosciences, Inc.* |

IT IS SO ORDERED this _____ day of April 2025.

_____
The Honorable Maryellen Noreika
United States District Judge